IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERT P. JAQUEZ,**<br><br>                              Petitioner,<br><br>          v.<br><br>**P.D. BRAZELTON, WARDEN,**<br><br>                              Respondent. | Case No. C 12-3359 LHK (PR)<br><br>[~~PROPOSED~~] ORDER |

   GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **March 11, 2013**, in which to file a response to the petition for writ of habeas corpus. Petitioner shall file a traverse or an opposition or statement of non-opposition within **thirty (30)** days of his receipt of an answer or a motion to dismiss. In the event respondent files a motion to dismiss, respondent shall file a reply within **fifteen (15)** days of receipt of any opposition.

   IT IS SO ORDERED.

Dated:  1/13/13
_____

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Judge

1

[~~Proposed~~] Order (C 12-3359 LHK (PR))